# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: BLAKE, THOMAS J | § Case No. 12-82947 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　U.S. Courthouse
　　　327 South Church Street
　　　Room 1100
　　　Rockford, IL  61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/12/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                By:    /s/ STEPHEN G. BALSLEY
                                 Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: BLAKE, THOMAS J § Case No. 12-82947
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $     10,000.00 |
| *and approved disbursements of* | $         52.55 |
| *leaving a balance on hand of* [1] | $      9,947.45 |
| **Balance on hand:** | $      9,947.45 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $       0.00
Remaining balance:   $   9,947.45

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,750.00 | 0.00 | 1,750.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,191.00 | 0.00 | 3,191.00 |

Total to be paid for chapter 7 administration expenses:   $    4,941.00
Remaining balance:   $    5,006.45

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,006.45

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,006.45

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 241,114.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PNC BANK | 205,253.15 | 0.00 | 4,261.84 |
| 2 | Ford Motor Credit Company LLC | 9,435.51 | 0.00 | 195.92 |
| 3 | PYOD, LLC its successors and assigns as assignee | 764.37 | 0.00 | 15.87 |
| 4 | American InfoSource LP as agent for | 1,998.84 | 0.00 | 41.50 |
| 5 | FIA CARD SERVICES, N.A. | 23,662.36 | 0.00 | 491.32 |

Total to be paid for timely general unsecured claims: $ 5,006.45
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                        Case No. 12-82947-TML
Thomas J Blake                                                Chapter 7
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 3           Date Rcvd: May 17, 2013
                              Form ID: pdf006            Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2013.
db           +Thomas J Blake,    6909 Inverway,    Lakewood, IL 60014-6645
20106473      American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
               Oklahoma City, OK   73126-8941
19263379     +Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235
19263381     +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
19263384     +Citicard,    P.O. Box 6235,    Sioux Falls, SD 57117-6235
20176676      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19263387     +Ford Motor Credit,    P.O. Box 542000,    Omaha, NE 68154-8000
20037312     +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
19992349     +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
19263392     +PNC Bank National Assoc.,    c/o Heavner,Scott,Beyers &Mihlar,    P.O. Box 740,
               Decatur, IL 62525-0740
19263394     +SEARS Card,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
19263396      Tina Marie Blake,    6090 Inverway,    Crystal Lake, IL 60014
19263395     +Tina Marie Blake,    6909 Inverway,    Crystal Lake, IL 60014-6645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19263385     +E-mail/Text: bnc@ursi.com May 18 2013 04:15:19     Citicard,   c/o United Recovery System,
               P.O. Box 722910,   Houston, TX 77272-2910
19263386     +E-mail/Text: bankruptcy@commercebank.com May 18 2013 05:19:18      Commerce Bank,
               P.O. Box 411036,   Kansas City, MO 64141-1036
19288321     +E-mail/Text: snelson@califf.com May 18 2013 02:53:20     Ford Motor Credit Company LLC,
               C/O Steven L. Nelson,   P.O. Box 719,   Moline, IL 61266-0719
19263391     +E-mail/Text: bankrup@aglresources.com May 18 2013 02:52:03      NICOR,   1844 Ferry Rd,
               Naperville, IL 60563-9600
19263393     +E-mail/Text: BKRMailOps@weltman.com May 18 2013 05:52:21      PNC Bank National Assoc.,
               c/o Weltman,Weinberg & Reis Co.,    180 N. LaSalle St, Ste 2400,    Chicago, IL 60601-2704
20054630     +E-mail/Text: resurgentbknotifications@resurgent.com May 18 2013 00:50:57
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19263380*    +Bank of America,    P.O. Box 982235,    El Paso, TX 79998-2235
19263382*    +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
19263383*    +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
19263388*    +Ford Motor Credit,    P.O. Box 542000,    Omaha, NE 68154-8000
19263389*    +Ford Motor Credit,    P.O. Box 542000,    Omaha, NE 68154-8000
19263390*    +Ford Motor Credit,    P.O. Box 542000,    Omaha, NE 68154-8000
19263397*    +Tina Marie Blake,    6909 Inverway,    Crystal Lake, IL 60014-6645
19263398*    +Tina Marie Blake,    6909 Inverway,    Crystal Lake, IL 60014-6645
19263399*    +Tina Marie Blake,    6909 Inverway,    Crystal Lake, IL 60014-6645
19263400*    +Tina Marie Blake,    6909 Inverway,    Crystal Lake, IL 60014-6645
19263401*    +Tina Marie Blake,    6909 Inverway,    Crystal Lake, IL 60014-6645
19263402*    +Tina Marie Blake,    6909 Inverway,    Crystal Lake, IL 60014-6645
19263403*    +Tina Marie Blake,    6909 Inverway,    Crystal Lake, IL 60014-6645
19263404*    +Tina Marie Blake,    6909 Inverway,    Crystal Lake, IL 60014-6645
19263405*    +Tina Marie Blake,    6909 Inverway,    Crystal Lake, IL 60014-6645
19263406*    +Tina Marie Blake,    6909 Inverway,    Crystal Lake, IL 60014-6645
19263407*    +Tina Marie Blake,    6909 Inverway,    Crystal Lake, IL 60014-6645
                                                                                 TOTALS: 0, * 17, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cshabez              Page 2 of 3            Date Rcvd: May 17, 2013
                              Form ID: pdf006            Total Noticed: 19

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2013**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 3 of 3           Date Rcvd: May 17, 2013
                              Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2013 at the address(es) listed below:
          Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
          Cynthia J Briscoe    on behalf of Debtor Thomas J Blake briscoelaw@earthlink.net
          Heather M Giannino    on behalf of Creditor   Bayview Loan Servicing, LLC, as servicer for E*Trade
           Bank heathergiannino@hsbattys.com,
           jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,    IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,    IL47@ecfcbis.com
          Steven L Nelson    on behalf of Creditor   Ford Motor Credit Company LLC snelson@califf.com
                                                                                                  TOTAL: 7